# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 15, 2021

## NO. 03-19-00744-CR

**James Craig Keen, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.